FILING FEE
PAID $75.00
~~In Forma~~ Pro Hac Vice
~~Pauperis~~ FLS100027990
Steven M. Larimore, Clerk

FILED by RCG D.C.
NOV 04 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:11-cv-60947-PAS

IO GROUP, INC.,

      Plaintiff,

v.

ANTONIO ALMEIDA,

      Defendant.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Attorney D. Gill Sperlein of the Law Office of D. Gill Sperlein, 584 Castro Street, Suite 879, San Francisco, CA 94114, (415) 404-6615, for purposes of appearance as co-counsel on behalf of Io Group, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Attorney D. Gill Sperlein to receive electronic filings in this case, and in support thereof states as follows:

    1.    Attorney D. Gill Sperlein is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of California, the United States District Courts for the Northern and Central Districts of California, and the Supreme Court of the United States.

2. Movant, Jason A. Fischer, of the Randazza Legal Group, 2 S. Biscayne Blvd, Suite 2600, Miami, Florida 33131-1815, (888) 667-1113, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Attorney D. Gill Sperlein has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Attorney D. Gill Sperlein, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Attorney D. Gill Sperlein at email address: gill@sperleinlaw.com.

//
//
//
//
//
//

WHEREFORE, Jason A. Fischer moves this Court to enter an Order Attorney D. Gill Sperlein, to appear before this Court on behalf of Io Group, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Attorney D. Gill Sperlein.

Date:  November 3, 2011

Respectfully submitted,

*/s/ Marc J. Randazza*
Marc J. Randazza (625566)
mjr@randazza.com
Jason A. Fischer (68762)
jaf@randazza.com
RANDAZZA LEGAL GROUP
2 Biscayne Blvd, Suite 2600
Miami, Florida 33131-1815
Telephone:   (305) 479-2491
Facsimile:    (305) 437-7662
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:11-cv-60947-PAS

IO GROUP, INC.,

    Plaintiff,

v.

ANTONIO ALMEIDA,

    Defendant.

_____/

### CERTIFICATION OF ATTORNEY D. GILL SPERLEIN

D. Gill Sperlein, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bars of the State of California, the United States District Courts for the Northern and Central Districts of California, and the Supreme Court of the United States.

                                            *s/ D. Gill Sperlein*
                                              D. Gill Sperlein

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by U.S. Mail, on October 31, 2011, on all counsel or parties of record on the service list.

                              *s/Jason A. Fischer*
                              Jason A. Fischer


## SERVICE LIST

Marc J. Randazza (625566)
mjr@randazza.com
RANDAZZA LEGAL GROUP, P.A.
2 Biscayne Blvd, Suite 2600
Miami, Florida 33131-1815
Telephone:  (305) 479-2491
Facsimile:  (305) 437-7662
Attorney for Plaintiff
Io Group, Inc.


Steven E. Wallace (585661)
wallacelaw1@me.com
THE WALLACE LAW GROUP, P.L.
1375 Gateway Boulevard
Boynton Beach, Florida 33426
Telephone:  (561) 767-4413
Facsimile:  (561) 767-4414
Attorney for Defendant
Antonio Almeida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:11-cv-60947-PAS

IO GROUP, INC.,

    Plaintiff,

v.

ANTONIO ALMEIDA,

    Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Attorney D. Gill Sperlein, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Attorney D. Gill Sperlein, may appear and participate in this action on behalf of Io Group, Inc.  The Clerk shall provide electronic notification of all electronic filings to Attorney D. Gill Sperlein, at gill@sperleinlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

                                                  _____
                                                  U.S. District Judge

Copies furnished:
All counsel of record

```
DUPLICATE

Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100027990
Cashier ID: vthomas
Transaction Date: 11/03/2011
Payer Name: FISCHER LAW, P.L.
----------------------------------
PRO HOC VICE
 For: D. GILL SPERLEIN
 Case/Party: D-FLS-1-12-LB-000004-001
 Amount:        $75.00
----------------------------------
CHECK
 Check/Money Order Num: 11604
 Amt Tendered: $75.00
----------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:      $0.00

11CV60947

Returned check fee $45


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```