UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60947-CIV-SEITZ/SIMONTON

IO GROUP, INC.,

    Plaintiff,

vs.

ANTONIO ALMEIDA,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE AND DIRECTING ADDITION TO DOCKET TO RECEIVE NOTICES OF ELECTRONIC FILING

THIS MATTER came before the Court on Plaintiff's Motion for Pro Hac Vice Appearance of D. Gill Sperlein, Esq., Consent to Designation and Request to Electronically Receive Notices of Electronic Filings [DE 21], requesting, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of D. Gill Sperlein, Esq. in this matter and request to electronically receive notice of electronic filings. Upon consideration, it is hereby

ORDERED that

(1) Plaintiff's Motion for Pro Hac Vice Appearance of D. Gill Sperlein, Esq., Consent to Designation and Request to Electronically Receive Notices of Electronic Filings [DE 21] is GRANTED. D. Gill Sperlein, Esq. shall be permitted to appear *pro hac vice* on behalf of *IO Group, Inc.* in this matter, solely for purposes of this case;

(2) During the course of this case, D. Gill Sperlein, Esq. shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to adhere to this Court's local rules may result in the revocation of Counsel's *pro hac vice* admission;

(3) Jason A. Fischer, Esq., a member of the bar of this Court who maintains an office in this State for the practice of law, shall be *IO Group, Inc.'s* designated local counsel with whom the Court and Counsel may readily communicate and upon whom papers may be served; and

(4) The request of D. Gill Sperlein, Esq. to electronically receive notices of electronic filings ("NEF") at: gill@sperleinlaw.com is GRANTED. The Clerk of Court is DIRECTED to add this email address as a NEF recipient.

DONE AND ORDERED in Miami, Florida, this 10th day of November, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Honorable Andrea M. Simonton
Counsel of Record