UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  0:11-cv-60947

IO GROUP, INC.,

    Plaintiff,
v.

ANTONIO ALMEIDA,

    Defendant.
_____/

**STIPULATED DISMISSAL and [PROPOSED] ORDER**

Pursuant to Fed. R. Civ. Pro. 41(A), Parties stipulate to dismissal of this action with prejudice.

Respectfully submitted,

Date:  January 16, 2012

by:  *s/Jason A. Fischer*
Marc J. Randazza (625566)
mjr@randazza.com
Jason A. Fischer (Fla. Bar 68762)
jaf@randazza.com
RANDAZZA LEGAL GROUP
2 Biscayne Blvd, Suite 2600
Miami, Florida 33131-1815
Telephone:   (888) 667-1113
Facsimile:    (305) 437-7662
Attorneys for Plaintiff

Date:  January 16, 2012

by:  *s/Steven E. Wallace*
Steven E. Wallace (Fla. Bar 585661)
wallacelaw1@me.com
THE WALLACE LAW GROUP, P.L.
1375 Gateway Boulevard

Boynton Beach, Florida 33426
Telephone: 561-767-4413
Facsimile: 561-767-4414
Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties it is so ORDERED.

Dated _____                             _____
                                           PATRICIA A. SEITZ
                                           UNITED STATES DISTRICT JUDGE